APPEAL No. 1544. BARBARA M. BERBERIAN *v.* ARAM K. BERBERIAN. Motion for leave to reargue denied. (Original opinion reported in 109 R. I. 603, 288 A.2d 711) (1972). *Leo M. Cooney*, for appellee. *Aram K. Berberian*, appellant, pro se.

APPEAL No. 1558. ROBERT W. RAMSDELL *v.* FRANCIS M. KIELY. Motion of appellant for special assignment denied. *Aram K. Berberian*, for appellant. *Richard J. Israel*, Attorney General, *Henry Gemma, Jr.*, Special Asst. Attorney General, for appellant.

APPEAL No. 1629. GEORGE D. ANDREWS *v.* WORLD WIDE BUREAU OF INVESTIGATION, INC. Motion for counsel fee pursuant to G.L. 1956, §28-35-32, as amended, is granted, and petitioner awarded $350 for services rendered before Supreme Court and full commission. *Abedon, Michaelson, Stanzler and Biener, Howard I. Lipsey*, for petitioner. John F. Sherlock, Jr., for respondent.

April 20, 1972.

M. P. No. 1695. MINARD PRICE *v.* RETIREMENT BOARD OF THE STATE OF RHODE ISLAND. Motion for leave to file petition for certiorari granted. *McCaffrey and Mulligan, Gordon C. Mulligan*, for petitioner. *Richard J. Israel*, Attorney General, for respondent.

M. P. No. 1731. WARWICK TYSON *v.* FRANCIS A. HOWARD, *Warden*. Petition for writ of habeas corpus denied. Motion for admission to bail denied. *Ralph J. Gonnella*, for petitioner. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for respondent.